UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD PROPERTY INVESTORS II, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARLENE GASPAR, et al.,<br><br>Defendants. | Case No. 18-cv-00192-JCS<br><br>(also filed in Case No. 17-cv-05982-JSW)<br><br>**SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED** |

Civil Local Rule 3-12(c) provides that "[w]henever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the lowest-numbered case with a request that the Judge assigned to the lowest-numbered case consider whether the cases are related."

This unlawful detainer action was removed from California Superior Court for the County of San Mateo, where it bore the case number 17UDL00525. This is the second time that Defendant Arlene Gaspar has removed San Mateo County Superior Court case number 17UDL00525 to this Court. The previous removal, this Court's case number 17-cv-5982, was initially assigned to the Honorable Maria-Elena James and reassigned to the Honorable Jeffrey White. The Court remanded the case to the San Mateo County Superior Court on December 12, 2017, and Gaspar filed her second notice of removal—the present case, this Court's number 18-cv-0192—on January 9, 2018.

Because both removals arise from the same state court action, and because Gaspar's two notices of removal are nearly identical, this action is REFERRED to Judge White pursuant to Rule 3-12(c) for a determination of whether this action is related to *Redwood Property Investors II, LLC v. Gaspar*, No. 4:17-cv-05982-JSW (N.D. Cal.). Any party may file a response, opposition,

or statement in support of relating the cases **no later than January 16, 2018**.[1]

**IT IS SO ORDERED.**

Dated: January 11, 2018

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The undersigned has also issued a Report and Recommendation in this case, recommending that the case once again be remanded and that an order be entered requiring pre-filing review of any further removal.  If Judge White determines that the cases are not related, this case will be reassigned to a randomly selected United States district judge for further proceedings, including action on those recommendations.